# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | |
|---|---|
| BRYCE LANEAR, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOE TAYLOR, et al., )<br>)<br>Defendants. ) | No. 4:24-CV-629-JMB |

## MEMORANDUM AND ORDER

This matter is before the Court on remand from the United States Court of Appeals for the Eighth Circuit for calculation and collection of the appellate filing fee pursuant to *Henderson v. Norris*, 129 F.3d 481 (8th Cir. 1997). ECF No. 59. Appellate filing fees in the amount of $605 are assessed in this matter. *See Henderson*, 129 F.3d at 485 ("When a district court receives a prisoner's notice of appeal in a prisoner's civil action, it shall assess the . . . appellate filing fees and process the appeal in ordinary course."). Pursuant to *Henderson*, no later than March 20, 2026, Plaintiff shall file an updated copy of his prison account statement (or institutional equivalent) for the past six months. *See Henderson*, 129 F.3d at 484 (outlining the process by which the assessed fees are calculated and collected).

**IT IS HEREBY ORDERED** that no later than **March 20, 2026**, Plaintiff shall file an updated certified copy of his prison account statement (or institutional equivalent) for the past six months.

Dated this 18th day of February, 2026

*/s/ John M. Bodenhausen*
JOHN M. BODENHAUSEN
UNITED STATES MAGISTRATE JUDGE